UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
3RD DIMENSION, INC.,                       :
                                           :
       Petitioner,                    :   Case No. 07 CIV 9549
                                           :
  -against-                               :   **RULE 7.1 DISCLOSURE STATEMENT**
                                           :
JEREMY DeBONET and SKYWARD                 :
MOBILE, LLC,                               :
                                           :
       Respondents.                   :
------------------------------------------ X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Respondents Skyward Mobile, LLC, now known as Skyward Mobile, Inc. and Jeremy De Bonet certifies that Skyward Mobile, Inc. does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>       October 25, 2007 | Respectfully submitted,<br>COOLEY GODWARD KRONISH LLP<br><br>By: _/s/ Scott J. Pashman_<br>    William O'Brien (WO-5276)<br>    Scott J. Pashman (SP-7620<br>    1114 Avenue of the Americas<br>    New York, NY 10036<br>    Phone: (212) 479-6000<br>    Fax: (212) 479-6275<br><br>OF COUNSEL:<br>Robert B. Lovett<br>Meghan M. Hart<br>The Prudential Tower<br>800 Boylston Street, 46th Floor<br>Boston, MA 02199<br>(617) 937-2300<br><br>Attorneys for Respondents<br>Skyward Mobile, LLC and Jeremy De Bonet |