UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
3RD DIMENSION INC.,                      :
       Petitioner,                :   Case No. 07-CIV-9549 (NRB)
  -against-                             :   ECF
JEREMY DeBONET and SKYWARD               :   **DECLARATION OF FILING**
MOBILE, LLC,                                 **OF NOTICE OF**
                                         :   **REMOVAL IN STATE COURT**
       Respondents.               :
                                         :
---------------------------------------- X

      SCOTT J. PASHMAN, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

    1.    I am associated with Cooley Godward Kronish LLP, counsel for Respondents Skyward Mobile, LLC, now known as Skyward Mobile, Inc., and Jeremy De Bonet (collectively, "Respondents") in the above-referenced proceeding.

    2.    On October 26, 2007, I caused a true and correct copy of Respondents' Notice of Removal to be served on Petitioner's counsel.

    3.    On October 26, 2007, I caused a true and correct copy of Respondents' Notice of Removal to be filed in the Supreme Court of the State of New York, County of New York.

                                                                          I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                          Executed on October 26, 2007

                                                                          _/s/ Scott J. Pashman_
                                                                          Scott J. Pashman

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document entitled *Declaration of Filing of Notice of Removal In State Court*, dated October 26, 2007, was served on October 26, 2007, via the Court's ECF system upon Petitioner's counsel:

>Palmina M. Fava
>DLA Piper US LLP
>1251 Avenue of the Americas
>New York, New York 10020
>palmina.fava@dlapiper.com

I further certify that a copy of the foregoing document entitled *Declaration of Filing of Notice of Removal In State Court*, dated October 26, 2007, was served on October 26, 2007, by first class mail, postage prepaid, upon Petitioner's counsel:

>Christine M. Jaskiewicz
>DLA Piper US LLP
>1251 Avenue of the Americas
>New York, New York 10020

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2007

_____
Scott J. Pashman