William O'Brien (WO-5276)
Scott J. Pashman (SP-7620)
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, New York 10036-7798
Phone: (212) 479-6000
Fax: (212) 479-6275

OF COUNSEL:
Robert B. Lovett (to be admitted pro hac vice)
Meghan M. Hart (to be admitted pro hac vice)
The Prudential Tower
800 Boylston Street, 46th Floor
Boston, Massachusetts 02199
Phone: (617) 937-2300
Fax: (617) 937-2400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
3RD DIMENSION INC.,                   :
                                      :
       Petitioner,             :   Case No. 07-CIV-9549 (NRB)
                                      :   ECF
  -against-                          :
                                      :   **NOTICE OF FILING**
JEREMY DeBONET and SKYWARD            :
MOBILE, LLC,                          :
                                      :
       Respondents.            :
                                      :
------------------------------------- X

To the Clerk of the Court and all parties of record:

    PLEASE TAKE NOTICE THAT the within are true and correct copies of (1) the Affidavit of Jeremy De Bonet, sworn to October 18, 2007, attached as Exhibit A; and (2) Respondents' Memorandum of Law In Opposition To Petitioner's Order To Show Cause For A Preliminary Injunction, dated October 18, 2007, attached as Exhibit B. The originals of these papers were filed in the Supreme Court of the State of New York, New York County, prior to the removal of this proceeding to this Court on October 25, 2007.

Dated: New York, New York
       November 21, 2007

-2-

COOLEY GODWARD KRONISH LLP

By: _____/s/ Scott J. Pashman_____
    William O'Brien (WO-5276)
    Scott J. Pashman (SP-7620)

1114 Avenue of the Americas
New York, New York 10036-7798
Phone: (212) 479-6610
Fax: (212) 479-6275

OF COUNSEL:
Robert B. Lovett (to be admitted pro hac vice)
Meghan M. Hart (to be admitted pro hac vice)
The Prudential Tower
800 Boylston Street, 46th Floor
Boston, Massachusetts 02199
Phone: (617) 937-2300
Fax: (617) 937-2400

*Attorneys for Respondents Skyward Mobile, LLC and Jeremy De Bonet*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document entitled *Notice of Filing*, dated November 21, 2007, was served on November 21, 2007, via the Court's ECF system upon Petitioner's counsel:

>Palmina M. Fava
>DLA Piper US LLP
>1251 Avenue of the Americas
>New York, New York 10020
>palmina.fava@dlapiper.com

I further certify that a copy of the foregoing document entitled *Notice of Filing*, dated November 21, 2007, was served on November 21, 2007, by first class mail, postage prepaid, upon Petitioner's counsel:

>Christine M. Jaskiewicz
>DLA Piper US LLP
>1251 Avenue of the Americas
>New York, New York 10020

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2007

_____
Scott J. Pashman