

SCOTT J. PASHMAN
T: (212) 479-6610
F: (212) 479-6275
spashman@cooley.com

November 21, 2007

Hon. Naomi R. Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

BY HAND



RE: 3rd Dimension, Inc. v. Jeremy De Bonet and Skyward Mobile, LLC
Case No. 07-CV-9549 (NRB)

Dear Judge Buchwald:

We are counsel to Respondents Skyward Mobile, LLC (now known as Skyward Mobile, Inc.) and Jeremy De Bonet in the above-referenced proceeding. We write to respectfully request that the initial pretrial conference in this matter, now scheduled on November 28, 2007 at 3:30 p.m., be rescheduled for December 19, 2007, at any time after 10:30 a.m. This adjournment is requested because the principal attorney for Respondents, Robert B. Lovett of this firm (to be admitted pro hac vice) is scheduled to take a deposition in another matter on November 28 that cannot be adjourned due to a discovery cutoff in that case. This is our first request for an adjournment of the initial pretrial conference. Petitioner's counsel, Palmina M. Fava, has consented to this request, and all parties have determined that they are available on December 19 after 10:30 a.m.

On behalf of Respondents, we enclose courtesy copies of (a) Respondents' Notice of Removal filed on October 25, 2007; (b) Respondents' Answer to Petition For Preliminary Injunction In Aid of Arbitration filed on November 5, 2007; and (c) Respondents' Notice of Filing filed on November 21, 2007. These papers contain copies of all process, pleadings and orders filed in the New York State Supreme Court, New York County, prior to the removal of this proceeding to this Court.

[Handwritten annotation: The conference is adjourned until December 19, 2007 at 11:45 a.m. So Ordered. Buchwald, USDJ 11/27/07]

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T (212) 479-6000 F (212) 479-6275 WWW.COOLEY.COM



Hon. Naomi R. Buchwald
November 21, 2007
Page Two

Thank you for your consideration.

Respectfully,

*Scott J. Pashman*

Scott J. Pashman

Enclosures

cc:   Palmina M. Fava, Esq.
      Counsel to Petitioner

1114 AVENUE OF THE AMERICAS  NEW YORK, NY 10036  T: (212) 479-6000  F: (212) 479-6275  WWW.COOLEY.COM